UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

TIMOTHY ARCHER,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

07CRIM 757

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        July 31, 2007

JUDGE KARAS

                   MICHAEL J. GARCIA
                   United States Attorney

          By: _____
               Michael M. Rosensft
               Assistant United States Attorney

                 AGREED AND CONSENTED TO:

          By: _____
               Thomas Kurt, Esq.
               Attorney for Timothy Archer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/07

7/31/07 WHEELA