UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INFORMATION

        -v.-                      :    07 Cr.

TIMOTHY ARCHER,                   :
 a/k/a "MatoorM,"

               Defendant.

- - - - - - - - - - - - - - - - - -x

**JUDGE KARAS**

**07CRM. 757**

### COUNT ONE

The United States Attorney charges:

1. From in or about January, 2007, up to and including on or about March 21, 2007, in the Northern District of Ohio, TIMOTHY ARCHER, a/k/a "MatoorM," the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, ARCHER possessed images of child pornography on a computer in Findlay, Ohio, that he had received from computers located outside of Ohio.

      (Title 18, United States Code,
      Sections 2252A(a)(5)(B) and (b)(2).)

### COUNT TWO

The United States Attorney further charges:

2. From on or about January 2, 2007, up to and



including on or about January 12, 2007, in the Southern District of New York and elsewhere, TIMOTHY ARCHER, a/k/a "MatoorM," the defendant, unlawfully, willfully, and knowingly did transfer and attempt to transfer, using the mail and a facility and means of interstate and foreign commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, to wit, ARCHER transmitted adult and child pornography from a computer in Ohio to an individual in New York he believed to be 14 years of age.

    (Title 18, United States Code, Section 1470.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**TIMOTHY ARCHER,**

Defendant.

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 22852A & (b)(2),
18 U.S.C. § 1470.)

<u>MICHAEL J. GARCIA</u>
United States Attorney.