UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    -v.-

TIMOTHY ARCHER,

                   Defendant.

- - - - - - - - - - - - - - - - - -x

07 Cr. **07CRM. 757**

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2252A(a)(5)(B) & (b)(2), and Title 18, United States Code, Section 1470, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

**JUDGE KARAS**

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         August 14, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 4 2007

0202