UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-V-

**Timothy Archer**

**Defendant.**

Case No. 07-CR-757(RJS)

AMENDED ORDER SETTING
SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the above-named defendants appear with counsel on Thursday, November 29, 2007 at 3:00pm in the United States District Court for the Southern District of New York, Courtroom 21 C for sentence.

Dated: October 9, 2007
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE