**United States District Court**
**Southern District of New York**

———————————————————

United States of America,

                Plaintiff

   - against -

Timothy Archer,

                Defendant.

———————————————————

07-CR-757(RJS)

**MOTION TO ADJOURN SENTENCING DATE**

Defendant respectfully moves that the sentencing in this matter, presently scheduled for November 29, 2007, be adjourned in favor of a later date. The request is made to allow undersigned counsel additional time to prepare a sentencing memorandum on behalf of defendant, and to make various other preparation in advance of sentencing. Defendant submits that an adjournment of sentencing best serves the ends of justice and outweighs the best interests of the public and defendant in a speedy trial. Defendant specifically waives statutory or constitutional rights, if any, to an earlier or speedy sentencing.

Undersigned counsel discussed this motion by telephone with Michael Rosensaft, AUSA, attorney for plaintiff United States of America, on November 14, 2007. Mr. Rosensaft expressed that he has no opposition to this Motion, and authorized undersigned counsel to express to the court his consent to this motion.

Dated:      November 15, 2007
              Toledo, Ohio

                                            Respectfully submitted,

                                            /s/ Thomas P. Kurt
                                            _____

                                            Thomas P. Kurt
                                            Attorney for Defendant
                                            610 Adams St.
                                            Toledo, Ohio  43604
                                            (419) 241-5506

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Adjourn Sentencing Date was this November 15, 2007 electronically served upon all parties, including plaintiff United States of America, by the court's Electronic Case File system.

/s/ Thomas P. Kurt
_____