**United States District Court**
**Southern District of New York**

1:07-cr-00757-RJS

United States of America,

                Plaintiff

**NOTICE OF APPEAL**

- against -

Timothy Archer,

                Defendant

      Timothy Archer, defendant, hereby gives notice of appeal of the judgment of conviction and sentence imposed March 5, 2008 and entered as judgment on March 14, 2008, to the United States Court of Appeals, Second Circuit.

Dated: March 14, 2008
New York, New York

                Respectfully submitted,

                /s/ Thomas P. Kurt
                _____
                Thomas P. Kurt
                Attorney at Law
                610 Adams St.
                Toledo, Ohio  43604
                ph:  (419) 241-5506
                fax: (419) 243-4920

**CERTIFICATE OF SERVICE**

A copy of the foregoing Entry of Appearance was this March 17, 2008 served upon plaintiff United States of America by operation of the court's ECF.

                /s/ Thomas P. Kurt
                _____
                Thomas P. Kurt
                Attorney at Law