Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21-08

_Southern_ District of _New York_

US

Timothy Archer

Docket No.: 07cr0757 (RJS)

Sullivan
(District Court Judge)

Notice is hereby given that _Timothy Archer_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ (circled) ], other [ ___ ] _of conviction and sentence_
(specify)

entered in this action on _5/14/08_
(date)

Offense occurred after November 1, 1987    Yes [ ___ ]    No [ X ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    Conviction and Sentence [ X ]

Date _3/21/08_
TO

Thomas P. Kurt
(Counsel for Appellant)

Address _610 Adams St_
_Toledo   OH   43604_

Telephone Number: _419 241-5506_

U.S. DISTRICT COURT FILED MAR 21 2008 S.D. OF N.Y.

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|---|
| ▶ QUESTIONNAIRE | | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [X] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds [ ]    CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _Donald Yamella for Thomas P. Kurt_    DATE _3/21/08_

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____ Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

United States District Court
Southern District of New York

1:07-cr-00757-RJS

United States of America,
                Plaintiff

**NOTICE OF APPEAL**

- against -

Timothy Archer,
                Defendant

    Timothy Archer, defendant, hereby gives notice of appeal of the judgment of conviction and sentence imposed March 5, 2008 and entered as judgment on March 14, 2008, to the United States Court of Appeals, Second Circuit.

Dated: March 20, 2008
New York, New York

                                          Respectfully submitted,

                                          Thomas P. Kurt
                                          Attorney at Law
                                          610 Adams St.
                                          Toledo, Ohio 43604
                                          ph: (419) 241-5506
                                          fax: (419) 243-4920